CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 03 2016

JULIA C. DUDLEY, CLERK
BY: HMcDrraed
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:12-cr-00001-3 |
| | ) | |
| v. | ) | <u>FINAL ORDER</u> |
| | ) | |
| TREMAIN ALANDO THOMAS, | ) | By: Hon. Jackson L. Kiser |
|     Petitioner. | ) |     Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This **3rd** day of November, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge